KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usjod.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCTAVIA WILSON,            )<br>                                               )<br>                   Plaintiff,      )<br>                                               )<br>   vs.                                      )<br>                                               )<br>UNITED STATES OF AMERICA )<br>                                               )<br>                   Defendant.   )<br>_____) | Case No. 3:15-cv-0204 RRB<br><br>**NOTICE OF SETTLEMENT** |

The United States, through counsel, notifies the Court that the parties have reached a settlement of the claims in this action.   A stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings, which is expected to take up to 90 days.

The parties propose they file either the stipulation for dismissal or a status report on or before May 6, 2016.

RESPECTFULLY SUBMITTED this 7th day of February, 2016, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on February 7, 2016,
a copy of the foregoing
was served via electronic service on:

Jim Valcarce, Esq.

s/Richard L. Pomeroy
Assistant U.S. Attorney

*Octavia Wilson v U.S.*  2
No. 3:15-cv-0204 RRB

Case 3:15-cv-00204-RRB   Document 10   Filed 02/07/16   Page 2 of 2