KAREN L. LOEFFLER
United States Attorney

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usjod.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCTAVIA WILSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA<br><br>            Defendant. | Case No. 3:15-cv-0204 RRB<br><br>**STIPULATION OF DISMISSAL** |

The Plaintiff and defendant United States of America, via undersigned counsel, stipulate that all claims that were asserted or that could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED this 14th day of March, 2016, in Anchorage, Alaska.

                KAREN L. LOEFFLER
                United States Attorney

                s/Richard L. Pomeroy
                Assistant U.S. Attorney
                Attorney for Defendant

                VALCARCE LAW OFFICE

                s/Jim J. Valcarce (consent)
                ABA #9505011
                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2016,
a copy of the foregoing
was served via electronic service on:

Jim Valcarce, Esq.

s/Richard L. Pomeroy
Assistant U.S. Attorney

*Octavia Wilson v. U.S.A.*         2
3:15-cv-00204 RRB